IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFERY R. SCHILLINGER,

                Plaintiff,

    v.                                                 Case No.:  3:20-cv-851-BBC

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

                Defendant.

ORDER ON FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Pursuant to the parties' stipulation, the Court awards Plaintiff attorney fees in the amount of $9,517.61 and costs in the amount of $400 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act (EAJA) in this case.  The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case.  Any fees paid belong to Plaintiff and not his attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).  If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

SO ORDERED this 2d day of Nov, 2021.

/s/ Barbara B. Crabb
Honorable Barbara B. Crabb
United States District Court Judge